# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CHICAGO TITLE INSURANCE COMPANY, | Civil No. 09-0686 (JRT/RLE) |
| Plaintiff, | **ORDER** |
| v. | |
| TRI-COUNTY ABSTRACT AND TITLE GUARANTY, INC, MITCHELL J. RENGEL, AND DEBORAH E. RENGEL, | |
| Defendants. | |

---

Chistianna Finnern, Jeffrey Ansel, and Michael Obermueller, **WINTHROP & WEINSTINE, PA,** 225 South Sixth Street, Suite 3500, Minneapolis, MN 55402, for plaintiff.

Gordon Hansmeier, **RAJKOWSKI HANSMEIER LTD**, Post Office Box 1433, St. Cloud, MN 56302, for defendants.

This matter is before the Court on the Stipulation of Dismissal with Prejudice filed by the parties on May 27, 2010 [Docket No. 25].

**IT IS HEREBY ORDERED** that the above-captioned matter should be dismissed in its entirety with prejudice and on the merits. Each party shall bear its own costs.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 3, 2010
at Minneapolis, Minnesota           s/ John R. Tunheim
                                    JOHN R. TUNHEIM
                                    United States District Judge